**David WILLIS, Plaintiff–Appellant,**

v.

**Jasmine MARCHANT; Kevin Murphy; T.J. Haycox; Katherine Pecbles; Lucy Lee; Sarah Merkle; Jeff Brown; Luke McCloud; Jonathan David Shaub; Justin Murray; Grayson Lambert; Will Brumbach; John Kammerrer; Tony Emmanuel, Defendants–Appellees.**

No. 13–7618.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 23, 2014.

Decided: Jan. 27, 2014.

David Willis, Appellant Pro Se. Paul Bradford Taylor, Office of the United States Attorney, Asheville, North Carolina, for Appellees.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Willis appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Willis v. Marchant*, No. 3:12–cv–00843–RGD (W.D.N.C. Sept. 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*